# MINUTES

CASE NUMBER:     CV NO. 03-00401REJ and CV NO. 98-00807REJ

CASE NAME:       IN RE: HAWAII FEDERAL ASBESTOS CASES

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Robert E. Jones          REPORTER:

DATE:     09/28/2007               TIME:

COURT ACTION:  EO:          "MINUTE ORDER"

    These cases' are now closed for Administrative purposes, with the understanding that if the settlement in the case became viable again, these cases' will be immediately reopened without cost to any additional filing fees.

Submitted by Leslie L. Sai, Courtroom Manager